# United States District Court
## Northern District of Illinois
### Eastern Division

Michele Marzanno                                **JUDGMENT IN A CIVIL CASE**

      v.                                                      Case Number: 09 C 2642

Cook County Sheriff

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons set forth in this Order, the Court grants defendant's motion to dismiss [doc. no. 8] and dismisses this suit with prejudice.

                                                  Michael W. Dobbins, Clerk of Court

Date: 9/25/2009                                        _____
                                                             /s/ Carole Gainer, Deputy Clerk